## JOSEPH B. FINAN ET UX. *v.* STATE TAX COMMISSION

[No. 61, October Term, 1940.]

*Decided January 3rd, 1941.*

The cause was argued before BOND, C. J., PARKE, MITCHELL, JOHNSON, and DELAPLAINE, JJ.

*Albert A. Doub* and *Frederick A. Puderbaugh,* with whom was *Daniel F. McMullen* on the brief, for the appellants.

*Walter C. Capper,* for the County Commissioners of Allegany County.

*Norwood B. Orrick, Assistant Attorney General,* with whom was *William C. Walsh, Attorney General,* on the brief, for the State Tax Commission.

MITCHELL, J., delivered the opinion of the Court.

In this case, on facts similar to those stated in the opinion filed in the case of *Albert A. Doub and Anne Peyton Doub, his wife, v. The State Tax Commission of the State of Maryland et al.,* 179 Md. 186, 17 A. 2nd 114, the same questions of law have been presented, and the conclusions are necessarily the same.

For the reasons stated in that opinion, therefore, the decree must be reversed and the case remanded, to the end that further proceedings may be had in accordance with that opinion.

*Decree reversed and case remanded, with costs to the appellees.*